FILED

01/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0088

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0088

STATE OF MONTANA,

Plaintiff and Appellee,

v.

LEWIS LEON BRYSON,

Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time to file Appellant's reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until February 26, 2024, to prepare, file, and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2024